IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

FILED
OCT 16 2012
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 1:12-mj-645 |
| ) | |
| CHRISTINE CHRISTIAN, ) | |
| Defendant ) | |

### CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about October 19, 2011, within the Eastern District of Virginia and elsewhere, the defendant CHRISTINE CHRISTIAN, by threat of force, intentionally intimidated and interfered with, and attempted to intimidate and interfere with, the employees and clients of the medical practice of E.S., a medical professional that provides reproductive health services, in order to intimidate the employees and clients of the medical practice from providing and obtaining reproductive health services, all in violation of Title 18, United States Code, Section 248(a)(1).

Neil H. MacBride
United States Attorney

Thomas E. Perez
Assistant Attorney General

By: _Stacey_____
Stacey K. Luck
Special Assistant United States Attorney (LT)

Saeed A. Mody
Trial Attorney
U.S. Department of Justice, Civil Rights Division

1